**2002–1666.   State v. Doe.**

Montgomery App. No. 19408, 2002-Ohio-4966. On motion to continue appellate court's stay. Motion

denied.

Moyer, C.J., Pfeifer and Lundberg Stratton, JJ., dissent.